NUMBER 13-00-237-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


KWASI ANTOINNE GREEN, A/K/A

KWASI ANTOINE GREEN
, Appellant,


v.



THE STATE OF TEXAS
, Appellee.

___________________________________________________________________


On appeal from the 156th District Court


of Bee County, Texas.


____________________________________________________________________


O P I N I O N


Before Chief Justice Seerden and Justices Rodriguez and

Kennedy(1)

Opinion by Justice Kennedy


 Appellant was charged in a two-count indictment with aggravated
sexual assault. He pleaded guilty to the first of the counts and the court
found that the evidence substantiated his guilt. The court then placed
appellant on probation for ten years.

 Subsequently, the state filed a motion to revoke probation, which
motion alleged eight violations of the terms and conditions of his
probation. The court, following a hearing, found the allegations in the
motion to revoke to be true, adjudicated appellant's guilt, and sentenced
him to confinement for twelve years.

 Appellant's brief brings a single point of error which alleges that
the punishment assessed was disproportionate to the seriousness of
the offense. We affirm the judgment of the trial court.

 First, we note the often, and long cited rule that punishment
assessed by a judge or a jury within the limits prescribed by statute is
not cruel and unusual within the constitutional prohibition. See Samuel
v. State, 477 S.W.2d 611, 614 (Tex. Crim. App. 1972). However, as
stated in the preceding paragraph, appellant does not argue that the
punishment imposed in this case is cruel and unusual but, rather, that
it is disproportionate. The twelve years' confinement assessed in this
case is not disproportionate to the offense of aggravated sexual assault
of a twelve-year old girl. We overrule the one point of error and AFFIRM
the judgment of the trial court.

 NOAH KENNEDY

 Retired Justice

Do not publish
. Tex. R. App. P. 47.3(b).

Opinion delivered and filed this the 4th day of January, 2001.


 

1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to Tex. Gov't Code Ann.
§ 74.003 (Vernon 1998).